UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Beth Ann Bretoi,                      Case No.: 10-cv-1009 PAM/JJG

    Plaintiff,

vs.                                    **ORDER FOR DISMISSAL**

United Collection Bureau, Inc.;
Jane Doe 1, 2, 3 and 4;

    Defendants.

---

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

                                                         **BY THE COURT**

Dated: May 26, 2010                    s/Paul A. Magnuson
                                                      The Honorable Paul A. Magnuson
                                                      Judge of United States District Court